UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
In re:

BAGIR GROUP LTD.,[1]                    :

Debtor in Foreign Proceeding.     :
----------------------------------------------------- x

Chapter 15

Case No. 21-10803

**DECLARATION OF ADV. ILAN SHAVIT-SHTRICKS, PETITIONER, IN
SUPPORT OF PETITION UNDER CHAPTER 15 OF THE
BANKRUPTCY CODE FOR RECOGNITION OF A FOREIGN MAIN PROCEEDING**

I, Ilan Shavit-Stricks, pursuant to 28 U.S. Code section 1746, hereby declare the following under penalty of perjury:

1. I am the sole Trustee of Bagir Group Limited (in liquidation), appointed by the District Court of Beer Sheva, Israel, Case No. 11925-04-20. I have full legal authority to make this declaration in support of the accompanying Verified Petition.

2. I have read the foregoing Verified Petition and declare the facts and allegations contained in it to be true and accurate, based on my personal knowledge or based on my review of the relevant records of the Bagir Group.

3. The statements in the Verified Petition about Israeli law are true and accurate.

4. I am an attorney licensed to practice law in Israel since 1981 (License No. 9900). I am the senior partner and the head of the Zadok Law Offices in Tel-Aviv, Israel.

5. I specialize in insolvencies and liquidation matters, as well as in corporate restructurings and recoveries and in commercial and corporate law. I have extensive experience

---

[1] The last four digits of the Israeli corporate registration number for the Debtor are 480-6.

with large and complicated liquidations and bankruptcies, including complex litigation and dispute resolution in these fields.

6. In the framework of such proceedings, I am frequently appointed by the competent Israeli Courts to act as a trustee, liquidator or receiver of companies and associations. I also represent major creditors, defend office holders and conduct investigations in the framework of insolvency and liquidation proceedings.

7. Through my legal training, and as a result of my extensive career experience, I am an expert in Israeli law, including law relating to insolvency, corporate liquidations and bankruptcy proceedings.

8. I make this declaration not as an individual, but solely in my capacity as the sole Trustee of Bagir Group Limited (in liquidation).

9. I declare, under penalty of perjury under the laws of the United States of America, about which I have been duly advised, that the foregoing Verified Petition is true and accurate to the best of my knowledge, and where stated, upon information and belief.

Executed in Tel Aviv, Israel
Dated this 25 day of April, 2021.

Ilan Shavit-Stricks, Advocate
In his Capacity as the Trustee of
the Bagir Group Ltd. (in Liquidation)

*I. Shavit*

Ilan Shavit-Stricks, Adv.
Israeli ID number 05093818-2
Trustee to Bagir Group Limited (in liquidation)